# UNITED STATES DISTRICT COURT
for the
District of Columbia

5:21mj1142

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00398 |
| | ) Assigned To : Meriweather, Robin M. |
| John Douglas Wright | ) Assign. Date : 4/23/2021 |
| DOB: 12/31/1966 | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1752(a)(1), (2), and (4)(Engaging in Physical Violence in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) and (G)(Disorderly Conduct and Parading, Demonstrating, or Picketing),
18 U.S.C. § 231(a)(3)(Obstruction of Law Enforcement During Civil Disorder),
18 U.S.C. § 1512(c)(2)(Obstruction of Justice/Congress),
18 U.S.C. § 1001(False Statement to Federal Agents).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Timothy M. Alvord, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/26/2021

*Judge's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*